UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ENRIQUE BENJAMIN DELGADO, JR.,<br><br>Defendant. | Case No.:   20MJ4405<br><br>18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm;<br><br>21 U.S.C. § 841(a)(1) – Possession of Methamphetamine with Intent to Distribute;<br><br>18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition;<br><br>21 U.S.C. § 841(a)(1) – Possession of Heroin with Intent to Distribute |

The undersigned complainant being duly sworn states:

## COUNT ONE

On or about May 15, 2020, within the Southern District of California, defendant ENRIQUE BENJAMIN DELGADO, JR, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: Smith & Wesson, model M&P 9 Shield, 9 millimeter pistol bearing serial

number HZW8721; in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

On or about May 15, 2020, within the Southern District of California, defendant ENRIQUE BENJAMIN DELGADO, JR, did knowingly and intentionally possess, with intent to distribute, 50 grams and more, to wit: 104.76 grams (~4 ounces) of methamphetamine (actual), a Schedule II controlled substance in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about June 11, 2020, within the Southern District of California, defendant ENRIQUE BENJAMIN DELGADO, JR, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: 39 rounds of 5.56 x 45 TulAmmo ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR

On or about June 11, 2020, within the Southern District of California, defendant ENRIQUE BENJAMIN DELGADO, JR, did knowingly and intentionally possess, with intent to distribute, 100 grams and more, to wit: 642.87 grams of heroin, a Schedule I controlled substance in violation of Title 21, United States Code, Section 841(a)(1).

_____
Arnesha Bahn
ATF Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this __9th__ day of October, 2020.

_____
HON. KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On or about May 15, 2020, Chula Vista Police Department ("CVPD") responded to the scene of a homicide at the residence (apartment) of Enrique Benjamin DELGADO, Jr. ("DELGADO") located at 264 G Street #A, Chula Vista, CA. During the course of the investigation, CVPD identified DELGADO as a person of interest.

Local law enforcement sought and obtained a search warrant from a San Diego Superior Court Judge for DELGADO's residence. During the search, officers located a Springfield, model XD, 9 millimeter pistol bearing serial number S3955079, inside a black backpack located in the northwest corner bedroom. The following is the total amount of controlled substances seized from Delgado's residence, which presumptively tested positive for each respective controlled substance: 104.76 grams of methamphetamine, 126.26 grams of heroin, 47 pills of clonazepam, and 181.24 grams of marijuana. Based on training and experience, law enforcement officers believe these quantities of federally controlled substances are more consistent with possession with intent to distribute rather than personal use quantities.

On June 10, 2020, at approximately 1700 hours, the U.S. Marshals Service Fugitive Task Force ("FTF"), observed DELGADO park a blue SAAB sedan bearing CA license plate 7ZKE487 on the north curb-line of 3800 Just Street, San Diego, CA within the Southern District of California. Shortly afterwards, the FTF observed DELGADO enter a Recreational Vehicle ("RV") bearing California license plate 5HEV808 parked approximately 100 feet west of the SAAB.

At approximately 1900 hours, FTF attempted to contact DELGADO and place him under arrest pursuant to an active arrest warrant. DELGADO refused to exit the RV and

barricaded himself inside. At one point, DELGADO spoke with his assigned parole agent via telephone. During this conversation, DELGADO admitted to shooting and killing a male inside his apartment on May 15, 2020. DELGADO additionally stated that he carried a gun.

Over the next few hours, FTF established communication with DELGADO via telephone and attempted to coordinate a peaceful surrender. During this time, DELGADO threatened to commit suicide with a firearm he possessed and was heard potentially dry firing a firearm as the officers heard a "clicking" sound over the telephone.

Later that night on June 11, 2020, CVPD obtained a state search warrant to seize and search DELGADO, the RV, and the SAAB. At approximately 0045 hours, DELGADO surrendered peacefully and was placed under arrest. At Approximately 0135 hours, law enforcement personnel executed the search warrant. During a search of the front area of the RV, officers located a clear plastic bag containing approximately 341.86 grams marijuana, three (3) clear plastic baggies containing approximately 70.06 grams of fentanyl, and one plastic bag containing approximately 642.87 grams of heroin. Based on training and experience, law enforcement officers believe these quantities of federally controlled substances are more consistent with possession with intent to distribute rather than personal use quantities. During a search of the RV's bedroom, officers located a loaded Smith & Wesson, model M&P 9 Shield, 9 millimeter pistol bearing serial number HZW8721 ("Smith & Wesson"). They also located a magazine containing five (5) rounds of Fiocchi, 9 millimeter ammunition inserted in the firearm magazine well. They also found one (1) round of Fiocchi, 9 millimeter ammunition inside the firearm's chamber.

Underneath DELGADO's bed in the RV, officers located an AR-15 style, Privately Made Firearm ("PMF"), 5.56 x 45 millimeter rifle bearing no serial number. The PMF was missing a buttstock. Officers located a buttstock, buffer spring, and buffer assembly inside the RV's bedroom. Inside the bedroom, officers also located a black nylon bag containing two (2) 30 round Nato rifle magazines. One magazine contained 12, 5.56 x 45 TulAmmo

rounds of ammunition, and the second contained 27, 5.56 x 45 TulAmmo rounds of ammunition.

Post *Miranda*, DELGADO admitted to being in a physical altercation with the homicide victim at his residence. According to DELGADO, he shot and killed the victim in self-defense. DELGADO told officers the victim pulled a gun on him, and the two struggled for control of it. DELGADO stated he was able to wrest the gun from the victim and pistol whipped the victim in the head before shooting the victim at least twice. DELGADO told detectives the firearm he used to kill the victim was in his RV. Officers believe the Smith & Wesson pistol (mentioned above) was the firearm used in the killing.

DELGADO further explained that while serving a 10-year prison sentence, he associated with the Mexican Mafia, and upon release from prison, DELGADO maintained those relationships and did business with them, including at his residence.

DELGADO stated that in the days following the homicide, he received instructions to pick up an old Lexus and a black backpack. DELGADO said he received the backpack, which contained marijuana, heroin, and an assault rifle. DELGADO said he removed parts from the rifle and left it under his bed in the RV, which is consistent with the condition and location in which they officers found it. DELGADO told officers an individual was going to pick up the drugs from him, and that DELGADO planned to bring the assault rifle to Tijuana, Mexico. DELGADO indicated he was paid to do these tasks.

Preliminary records checks revealed the following criminal history below, though it is possible there may be additional history located after further queries are conducted:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 06/25/1996 | CASC – San Diego | 10851 (A) VC – Take Veh w/o consent/Veg Theft (Felony) | 3 Years' Probation, 8 Days' Jail |
| 09/21/1998 | CASO – San Diego | CNT 7: 211 PC – Robbery (Felony) | 3 Years' Prison 240 Days' Jail |

| 05/07/2007 | CASO – San Diego | 211 PC – Robbery (Felony) Enhancing Factor: Used Firearm During Commission of a Felony | 8 Years' Prison |

The charged firearm and ammunition were seized and inspected. Preliminary checks revealed that neither the firearm nor the ammunition was manufactured in California. Therefore, the firearm and ammunition traveled in, and/or affected interstate commerce to arrive in the state of California.