UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ENRIQUE BENJAMIN DELGADO, JR.,<br><br>Defendant. | Case No. 20cr3583-WQH<br><br>AMENDED ORDER OF CRIMINAL FORFEITURE |

On January 6, 2022, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of ENRIQUE BENJAMIN DELGADO, JR. ("Defendant") in the following firearms and ammunition, pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c):

1) One Springfield, model XD, millimeter pistol bearing serial number S3955079;

2) One Smith & Wesson, model M&P 9 Shield, 9 millimeter pistol bearing serial number HZW8721;

3) Six (6) rounds of Fiocchi, 9 millimeter ammunition;

4) One AR-15 style 5.56 x 45 millimeter rifle bearing no serial number (ghost gun); and

5) Thirty-nine (39) rounds of 5.56 x 45 TulAmmo ammunition.

//

1   For thirty (30) consecutive days ending on March 7, 2022, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the firearms and ammunition in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the firearms and ammunition.

There were no potential third parties known to the United States to have alleged an interest in the forfeited firearms and ammunition; therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication, and no third party has made a claim to or declared any interest in the forfeited firearms and ammunition described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of ENRIQUE BENJAMIN DELGADO, JR. and any and all third parties in the following firearms and ammunition are hereby condemned, forfeited and vested in the United States of America:

1) One Springfield, model XD,  millimeter pistol bearing serial number S3955079;

2) One Smith & Wesson, model M&P 9 Shield, 9 millimeter pistol bearing serial number HZW8721;

3) Six (6) rounds of Fiocchi, 9 millimeter ammunition;

4) One AR-15 style 5.56 x 45 millimeter rifle bearing no serial number (ghost gun); and

5) Thirty-nine (39) rounds of 5.56 x 45 TulAmmo ammunition.

//

IT IS FURTHER ORDERED that the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the forfeited firearms and ammunition according to law.

Dated:  April 7, 2022

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court